IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GEORGE BESADA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:24-cv-00313 |
| ECS SOUTHEAST, LLP, ) | Judge Aleta A. Trauger |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons set forth in the accompanying Memorandum, plaintiff George Besada's Objections (Doc. No. 46) to the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 42) are **OVERRULED**. The R&R is **ACCEPTED**, and the Motion for Summary Judgment (Doc. No. 33) filed by defendant ECS Southeast, LLP is **GRANTED**. This case is **DISMISSED**.

This is the final Order in this case, for purposes of Federal Rule of Civil Procedure 58.

It is so **ORDERED**.

ALETA A. TRAUGER
United States District Judge